**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ALLEN L. FEINGOLD, | : | No. 116 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC FEDER, DIRECTOR OFFICE OF JUDICIAL RECORDS (FORMERLY, OFFICE OF THE PROTHONOTARY OF PHILADELPHIA COUNTY), | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2016, the Petition for Writ of Mandamus is **DENIED**.